AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00158 |
| Edwin Jonathan Rodriguez | ) Assigned To: Judge Upadhyaya. Moxila A. |
| DOB: ████ | ) Assign. Date: 8/21/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 19, 2025__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(c)(1)(A)(i) | Using, Carrying, and Possessing a Firearm in Furtherance of a Crime of Violence or a Drug Trafficking Offense |
| 21 U.S.C. § 841(a)(1) | Unlawful Possession with Intent to Distribute Marijuana |
| 21 U.S.C. § 841(b)(1)(D) | Unlawful Possession with Intent to Distribute Marijuana |

This criminal complaint is based on these facts:
See attached Statement of Facts.

☑ Continued on the attached sheet.

_____
Complainant's signature

Officer Jeffrey Clermont, MPD
Printed name and title

Sworn to before me and signed in my presence.

Date: 08/22/2025

_____
Judge's signature

City and state: Washington, DC

Moxila A. Upadhyaya, Magistrate Judge
Printed name and title