**STATEMENT OF FACTS**

On Tuesday, August 19, 2025, officers from the First District Crime Suppression Team, with support from federal partners, were conducting routine patrol in an unmarked vehicle, in the 800 block of Maine Ave SW at approximately 1956 hours. While patrolling, officers observed a white Lexus traveling eastbound in the 900 block of Maine Ave SW. Officers also noted the Lexus did not have a license plate affixed to the front bumper. The rear tag, "███████ MD", was run through law enforcement databases and was confirmed to be registered to the vehicle.

Officer Clermont approached the driver's side door and made contact with Mr. Edwin Rodriguez (DOB: ███████) ("RODRIGUEZ"). During the initial interaction, Officer Clermont requested RODRIGUEZ's license, registration, and proof of insurance. While RODRIGUEZ retrieved his wallet, officers observed a visible Maryland concealed carry permit. Officers asked RODRIGUEZ if he had a firearm in the vehicle, to which he responded yes, and subsequently stated that it was inside a bag in the back floorboard of the vehicle.

Officers requested RODRIGUEZ to step out of the vehicle. RODRIGUEZ ultimately complied and was detained. Officers then conducted a search of a black Louis Vuitton crossbody bag located on the rear floorboard, where they recovered the following firearm:

- Make: Glock
- Model: 43
- Color: Black
- Caliber: 9mm
- Magazine: 10-round capacity (10 rounds in magazine + 1 in chamber)
- Serial Number: BTFS128

Officers ran the etched serial number through law enforcement databases, which confirmed that the firearm was not registered in the District of Columbia. Additionally, a search

of RODRIGUEZ through law enforcement databases revealed that he did not possess a license to carry a firearm in the District of Columbia.

Further, officers recovered two magazines from the same black bag: One (1) large-capacity magazine containing nineteen (19) 9mm rounds, and one (1) 10-round magazine containing ten (10) 9mm rounds.

The recovered firearm appeared to be fully functional, designed to expel a projectile by the action of an explosion, had a barrel length of less than 12 inches, and is capable of being fired with one hand.

Officers recovered the following items from the vehicle:

- A large vacuum-sealed bag containing a green leafy substance, consistent with marijuana, located on the front passenger-side floorboard. A field test of the substance yielded a positive result for THC. The bag weighed 17.92 oz.
- From a black cloth bag on the front passenger seat:
    - (6) Muha Med vape pens (various flavors, containing THC)
    - (6) Boutiq Switch vape pens (various flavors, containing THC)
    - (2) Orange-labeled "Ace Ultra Premium" vape pens (containing THC)
    - (2) "Live Diamonds" vape pens (containing THC)
    - An assortment of clear sandwich baggies and a grinder recovered from the glove compartment.
- From a gray and black cooler located in the trunk, officers recovered:
    - (2) Clear mason jars
    - (1) Black digital scale with batteries
    - (17) Silver zips
    - (2) Large clear Ziplock bags containing smaller clear zip bags with green leafy substance. Officers conducted a field test of the green leafy substance which also yielded a positive result for THC. Total weight: 2.49 oz

Based on the above facts and circumstances, there is probable cause to believe that RODRIGUEZ has exceeded mere possession and exhibited possession with intent to distribute marijuana. Specifically, RODRIGUEZ possessed approximately six times the legal amount of marijuana allowed for mere possession in the District of Columbia and had additional evidence of the intent to distribute in the form of zip lock bags used for packaging and a scale used to

weigh narcotics. There is also probable cause to believe the firearm was utilized in furtherance of RODRIGUEZ's intent to distribute the marijuana because of the firearm's proximity to the marijuana and other paraphernalia in the car, as well as the fact that the gun was not being properly stored or registered to be possessed in the District of Columbia.

RODRIGUEZ was placed under arrest and transported to the First District to be processed.

During the course of the intervention and arrest, RODRIGUEZ was issued a Notice of Infraction for not having a front tag (infraction number 291902472).

For the reasons set forth above, I submit that probable cause exists to believe that, on or about August 19, 2025, RODRIGUEZ committed the offenses of Using, Carrying, and Possessing a Firearm in Furtherance of a Crime of Violence or a Drug Trafficking Offense, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), and Unlawful Possession with Intent to Distribute Marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

OFFICER JEFFREY CLERMONT 2293<br>
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 21st day of August, 2025.*

HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE