IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 1:25-MJ-00158 (MAU) |
| EDWIN RODRIGUEZ, : | |
| : | |
| *Defendant*. : | |

**CONSENT MOTION TO CONTINUE PRELIMINARY HEARING
AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States, by and through the United States Attorney for the District of Columbia, respectfully submits this consent motion to continue the preliminary hearing currently set for October 3, 2025 at 12 p.m. and exclude time under the Speedy Trial Act. The parties have conferred, and counsel for the defendant Edwin Rodriguez consents to this motion.

The parties are discussing a potential resolution to this case and believe that an additional period of time is necessary. As such, the parties request that the preliminary hearing be continued for a period of approximately three weeks to October 31, 2025 or any day the following week except Friday October 10, 2025.

The parties agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) (ends of justice) from the current date for the preliminary hearing until the new preliminary hearing date, so that the government and defense can continue their discussions about the resolution of the case.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/   Peter V. Roman*
Peter V. Roman
Assistant United States Attorney

1

        D.C. Bar Number 984996
        United States Attorney's Office
        601 D Street NW
        Washington, D.C. 20530
        Telephone: (202) 252-7115
        Peter.roman@usdoj.gov

3

CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of October, 2025, I caused a true and correct copy of the foregoing Consent Motion to Continue Preliminary Hearing And Exclude Time Under The Speedy Trial Act to be delivered via CM/ECF to all parties in this matter.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Peter V. Roman*　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Peter V. Roman
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 1:25-MJ-00158 (MAU) |
| EDWIN RODRIGUEZ, : | |
| : | |
| *Defendant*. : | |

Based on the representations in the Consent Motion to Continue Preliminary Hearing And Exclude Time Under The Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on October 3, 2025, be continued for good cause to October 31, 2025, at \_\_\_:00 p.m.; and it is further

**ORDERED** that the time between October 3, 2025, and October 31, 2025, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to provide and review discovery and negotiate a potential pretrial resolution.

_____
HONORABLE
UNITED STATES DISTRICT JUDGE

4