IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **25-mj-158 (MAU)** |
| | : | |
| v. | : | **STATUS HEARING: 3/3/26** |
| | : | |
| **EDWIN RODRIGUEZ,** | : | |
| **Defendant** | : | |

### UNOPPOSED MOTION TO CONTINUE STATUS HEARING

COMES NOW, Defendant Edwin Rodriguez respectfully requests the March 3, 2025 Status Hearing be continued in this matter. The Parties are engaged in active plea negotiations and hope to reach a pre-indictment resolution by or about March 2, 2025. The parties request the existing status hearing be continued until March 10 or 11. In the event an agreement is reached, the parties will notify chambers and request a change of plea hearing before a District Judge and for the Court to vacate the continued status hearing. Mr. Rodriguez consents to tolling under the Speedy Trial Act.

Respectfully Submitted,

SCROFANO LAW PC

BY:   Joseph A. Scrofano, Esq.
D.C. Bar no.: 994083
600 F Street NW
Suite 300
Washington, DC 20004
Ph: (202) 870-0889
jas@scrofanolaw.com

1