# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 25-mj-158 |
| | : | |
| v. | : | VIOLATIONS: |
| | : | D.C. Code § 22-4504(a)(1) |
| | : | (Carrying a Pistol Without a License) |
| **EDWIN JONATHAN RODRIGUEZ,** | : | 21 U.S.C. § 841(a)(1) |
| | : | (Unlawful Possession with Intent to |
| Defendant. | : | Distribute Marijuana) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about August 19, 2025, within the District of Columbia, **EDWIN JONATHAN RODRIGUEZ**, did carry, openly and concealed on or about his person, in a place other than his dwelling place, place of business or on other land possessed by him, a pistol without a license issued pursuant to law.

**(Carrying a Pistol Without a License (Outside Home or Place of Business)**, in violation of 22 D.C. Code, § 4504(a)(1) (2001 ed.))

### COUNT TWO

On or about August 19, 2025, within the District of Columbia, **EDWIN JONATHAN RODRIGUEZ**, knowingly and intentionally distributed and possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

**(Unlawful Possession with Intent to Distribute Controlled Substances**, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D)).

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Colleen Bloss*
Colleen Bloss
TX Bar No. 24082160
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7063
colleen.bloss@usdoj.gov